UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC

APR 04 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

CEDRIC, CALDWELL

Plaintiff,

vs.

SERGANT CARROLL

EMPLOYEE MR. AdKins

EMPOLYEE Mr. Lay

Defendant(s).

COMPLAINT

Case No. 457 U.S. 922, 102 S.Ct 2744, 73
L. Ed. 2d 482 (1982)
5:24-cv-96-MR

---

## A. JURISDICTION

Jurisdiction is proper in this court according to:

X___ 42 U.S.C. §1983

X___ 42 U.S.C. §1985

✓ Other (Please specify) COVER CASES Such as Sexual Harassment and Sexual ABUSE

(X) Indicates To which ever

## B. PARTIES

1. Name of Plaintiff: CEDRIC CALDWELL
   Address: MARION CORRECTION Institution #3730
   355 OLD GLENWOOD Road
   MARION, N.C. 28752

2. Name of Defendant: MR. Carroll,
   Address: AlexaNDER Correctional Instit. 4870
   334 old LandFill Rd
   Taylorsville, N.C. 28681

   Is employed as SERGANT at AxC1 #4870 Prison
   (Position/Title)          (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO _____, if "YES" briefly explain: Empolyee MR. Carroll gave orders to have the sexually act performed "Unprofessionally" by his (2) empolyees, MR. Carroll also made harsh, agressive sexually threats as well

3. Name of Defendant: ~~Sergant Carroll~~ Empolyee MR. Adkins
   Address: Alexander Correctional Instit
   336 OLD Landfill Road
   Taylorsville, N.C. 28681

   Is employed as Lower Rank official at Axci #4870 "Prison"
   (Position/Title)          (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO _____, if "YES" briefly explain: THE Empolyee to whom forced ME into Sexual Activity and made Cu-Sign Threats to use OC pepper ~~Ser~~ Spray and place ME in Chains IF I didnt follow orders.

4. Name of Defendant: Empolyee MR. Lay
   Address: Alexander Correctional Instit
   336 OLD Landfill Road
   Taylorsville, N.C. 28681

   Is employed as Lower Rank official at Axci #4870 "Prison"
   (Position/Title)          (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO _____, if "YES" briefly explain: THE Empolyee to whom forced ME into Sexual Activity and made Threats to O.C. pepper Spray me and put me and chains IF I didnt follow orders

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

After (An) random search by Sergant Carroll on Blue Unit within Alexander facility (I) had being Strip-searched Naked in one of staff bathrooms by Official MR. Cook on Date 2/18/24 at hours 8:50 - 8:58 AM. Once escorted to lower Red unit Seg Sergant Carroll used accessive and agressive profanity o.200 towards ME "Saying watch what happen to your Little A-- cheeks and A-- hole (I) was scared Sergant told (2) more Empolyees MR. Lay and MR. Adkins to Mess with ME for a sexually way

## C. NATURE OF CASE                    3/29/24

BOTH Empolyees escorted me inside Segergation A pod - to Inmate Shower, and Made Me strip NAKed again, told me to shake my penis up and down motion, force me to keep doing so, I realized a the moment, they were forcing me to do sexually things, They made me turn around and spread my as_ checks, forced me to Keep doing So over-and-over, I STOP and yelled at both empolyees with anger, "I STATed I was gonna report them and write an Complaint: BOTH Empolyees Mr. Adkins and Mr. Jay screamed they did NOT Care, that if I didn't obey their orders they was going to USE OC pepper spray and put me in chains (I) WAS SCARED and Done what they directed me to do, I cried and got irritated started cursing, WHEN Sergant Carroll came into the Segergation A pod I told him they were in violation of my Constitutional Rights that I was going to write a Grievance 410 under "PREA" ACT and follow Suit: Sergant Carroll stated I don't Give a fuck you stupid Sum-bitch, Make sure you spell my name correct, You dumb piece of shit", I was removed from the shower placed in the rec-Cage" where a Camera watched the whole performence I also mention to file suit for him using and directing accessive and aggressive Use of Profanity under the North-Carolina Guild lines Policy and Procedures. An inmate yell towards them Saying Ya'll can't Do that man Like that. Sergant Carroll yell I can do what I want, IF I want I can shove my flash light up his as

C. NATURE OF CASE

Grievance "PREA" against all (3) empolyees. My Grievance ~~who~~ was accepted by Unit-Manager Mr. William N. FARRISH on 2/21/24.

My Investigating STAFF was Unit MANAGER Name Mr. Porch who Asked Me if I wanted (an) "PREA" SUPPORTIVE I said Yes... I never got a STEP 1 Response or STEP 2. I never got to Speak with No "PREA" Supportive, Because I was immeditly Transfer out the facility of AXCI # 4870 "Empolyees trying to help them cover up the situation( MY new Location is Marion Correctional Institution # 3730

Witness Signature
Cedric Caldwell
# 00619146

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

I pro se, alleged my Constitutional Rights, privileges, and privacy was highly Violated "Under ("PREACT) Due To the claim I request Relief for $75. Thousand dollars from each empolyee: Under the Juvenile Review Board: I filed a Clemency potétion Due to I was 16 years of age when I Committed an crime, and was Sentence: My Clemency Package is being Review now by Wilson and Justice Center at Duke Law Universtiy in Durham, N.C., "I request a Early release also!

JURY TRIAL REQUESTED     YES  ✓     NO ____

Signed at ___CEDRIC CALDWELL___ on ___3/28/24___.
        (Location)                    (Date)


_Cedric J. Caldwell_
        Signature

**Address:** Marion Correctional Institution #3730
                355 Old Glenwood Road
                Marion, N.C. 28752
**Phone:** — (828) 659-7810
**E-Mail:**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the
following individuals at the addresses listed:

MR. Carroll, Mr. Lay, and Mr. Adkins
Alexander Correctional Institution #41870
336 old Landfill Road
Taylorsville, N.C. 28681

This the 28 day of MarcH , 2024 .

Cedric Caldwell
Signature

CEDRIC CALDWELL
(Print Name)

Request For Relief                    ATTACHMENT
                                          SHEET

If this claim is ruled in my favor, the requested money
Damages and Violation $75. thousand from each empolyee
is the total of 225. Thousand Dolla's, I do understand
that money will be substracted for Court, filing, and
fee Administraction Fees.

— Please be advised the clemency petition I filed. was
offer by North-Carolina Governor Mr. Roy Cooper Around Sept/oct
of 2021. The Clemency Review Board at Wilson and Justice Center
Duke Law University in Durham N.C. has been Reviewing
my petition for over 2years Now...
— I committed my crime and was sentence in Dec. 1993
when I was 16years of age. I have Done 30 plus years
I am 47years old...
        filed Clemency under Juvenile Review Board

                        Signature
                        Cedric J. Caldwell
                        3/28/24

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: "Retaliation and Unprofessional"

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

EACH Empolyee ACTED OUT OF REtaliation, for the CAUSE of I EXPOSE Sergant Carroll who was Caught in the ACT of planting a Homade weapon in my Cell earlier while he Conduct a Cell-Search on 2/18/24.

b. (1) Count 2: Failure to obey and follow the SAH 101 Refresher Training Skills

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

EACH EMPOLYEE has A STATE OF MIND against ME OF MADNESS, anger with disgust." Their ACTION showed Signs of a MORE PERSONAL REASON to why they performed such (an) ACT !!!

## E. INJURY

How have you been injured by the actions of the defendant(s)?

I was Injury from destruction of being force to expose my private Area, Soffer Emotional Distress inside and outside everytime I think about this Inccodent : My Personal MAN-Hood was injuried Because of the Sign of violation done by each Empolyee ...

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?  YES _____  NO ✓

If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____N/A_____

Defendants(s):_____N/A_____

2. Name of court and case or docket number:

_____N/A_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____N/A_____

_____

_____

4. Issued raised:

_____

_____N/A_____

_____

5. When did you file the lawsuit?_____
                        Date: Month/Year

6. When was it (will it be) decided?_____N/A_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?  YES _____  NO _____

If your answer is "YES" briefly describe how relief was sought and the results.  If your answer is "NO" explain why administrative relief was not sought.

_____

Civil Discovery SHEET                                    3/29/24

Request following be
gather:

(1) Please request ∅ Copy of Grievance written on 2/19/24,

(2) Request for (Screening Response) Regarding Grievance No. 4870-2024-MPODE-22407

(3) Plus request Documentation be gather from Investigating "PREA" manager Unit manager Mr. Porch

(4) Please be aware I Never recieved STEP 1 or STEP 2 response of the Grievance (Nor) did I ever have chance to see my "PREA supportive". I was Transfer out:

(5) ★ Report to My New location Marion Correctional Institution #3730 For Copy of my Mental Health Records and what Medication –

(6) Also request For Domentation regarding my A.D.A Commodation diagnosis

(7) Requesting Camera footages Time 8:45 p.m. 2/18/24 Blue Unit C-Block til I left out the block and I was 1st STrip Naked in STAFF Bath – away til I Got to lower Red unit Segergation A-Block when major Sexual Harassment happen ... 9:00 am to 9:40 am

(8) Request Info when I was first Admin in the Prison and how old I was ...

(9) ★ Also Get copies of my Petition of Clemency "establishing THE Juvenile Review Board – Get Info from Wilson and Justice Center of Science "Duke law University in Durham, N.C.

Signature Premission Cedric J. Caldwell